JAMES D. RIDDET (SBN 39826)
STOKKE & RIDDET
A Law Corporation
3 Imperial Promenade, Suite 750
Santa Ana, CA 92707
Telephone: (714) 662-2400
Facsimile:  (714) 662-2444

Attorney for Defendant JOSE ROBLES

*SEND*

FILED
CLERK, U.S. DISTRICT COURT
OCT 23 2002
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> vs.<br><br>JOSE ROBLES,<br><br>  Defendant. | Case No. SA CR 01-99 (AHS)<br><br>STIPULATION TO CONTINUE SENTENCING DATE;<br>[PROPOSED] ORDER<br><br>Current Date: October 28, 2002<br>New Date: December 9, 2002<br>Time: 3:00 PM |

IT IS HEREBY STIPULATED, by and between the parties hereto, through respective counsel of record, that the sentencing hearing now scheduled for Monday, October 28, 2002, at 4:00 PM, be continued to Monday, December 9, 2002, at 3:00 PM.

Dated: 10/22/02

JAMES D. RIDDET, Attorney for Defendant

Dated: 10/22/02

LAWRENCE KOLE
Assistant United States Attorney

ENTER ON ICMS
OCT 24 2002

1
2
3
4
5
6
7
8
9
10
...
28

## [PROPOSED] ORDER

Based on the stipulation of the parties, it is hereby ordered that the sentencing hearing now scheduled for October 28, 2002, at 4:00 PM, is continued to Monday, December 9, 2002, at 3:00 PM.

Dated: OCT 23 2002



UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: **3 Imperial Promenade, Suite 750, Santa Ana, CA 92707.**

On 10/23, 2002, I served the foregoing document described as:

### STIPULATION CONTINUE SENTENCING DATE - [PROPOSED] ORDER

on interested parties in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

**Lawrence Kole**
**Assistant United States Attorney**
**Central District of California**
**411 West Fourth Street**
**Santa Ana, CA 92701**

\_\_\_\_ VIA FACSIMILE to

✓ BY MAIL:

I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

\_\_\_ BY PERSONAL SERVICE:

I delivered such envelope by hand to the offices of the addressee.

Executed on 10/23, 2002, at Santa Ana, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Pamela S. Kralich

# NOTICE PARTY SERVICE LIST

Case No. SA CR 01-99 -AHS   Case Title USA v Jose Robles

Filed Date 10-23-02   Title of Document Stipulation + Order to Continue Sentencing Date

| | |
|---|---|
| | Atty Sttlmnt Officer |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | Calderon, Arthur - Warden, San Quentin |
| | CAAG (California Attorney General's Office - Keith Borjon, L.A. Death Penalty Coordinator) |
| | CA St Pub Defender (Calif. State PD) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Adm |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/ C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Fiscal Section |
| | Intake Supervisor |
| | Interpreter Section |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PIA Clerk - Riverside (PIAED) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Santa Ana (PSASA) |
| | PSA - Riverside (PSAED) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |
| | Stratton, Maria - Federal Public Defender |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles |
| | US Marshal Service - Santa Ana |
| | US Marshal Service - Riverside |
| X | US Probation Office |
| | US Trustee's Office |

| | ADD NEW NOTICE PARTY (* print name and address below): |
|---|---|
| | |

* Print name & address of the notice party if this is the first time this notice party is being served through Optical Scanning. Print ONLY the name of the notice party if documents have previously been served on this notice party through Optical Scanning.

| JUDGE / MAGISTRATE JUDGE (list below): |
|---|
| |
| |
| |
| |

Initials of Deputy Clerk _fln_