JAMES D. RIDDET (SBN 39826)
STOKKE & RIDDET
A Law Corporation
3 Imperial Promenade, Suite 750
Santa Ana, CA 92707
Telephone: (714) 662-2400
Facsimile:  (714) 662-2444

Attorneys for Defendant

SEND

FILED
CLERK, U.S. DISTRICT COURT

NOV 18 2002

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. SA CR 01-99 AHS |
| | ) | |
| Plaintiff, | ) | MOTION TO ALLOW FILING |
| | ) | UNDER SEAL; *PROPOSED ORDER* |
| vs. | ) | |
| | ) | |
| JOSE ALONSO ROBLES, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PLEASE TAKE NOTICE that defendant Jose Alonso Robles, Jr., through counsel

of record, moves this court to allow for the filing under seal of SUPPLEMENTAL

SENTENCING BRIEF ON BEHALF OF DEFENDANT  JOSE ALONSO ROBLES, JR.

-- FILED UNDER SEAL in the above-captioned case.

Dated: November 15, 2002

Respectfully submitted,

STOKKE & RIDDET

ENTER ON ICMS
11-22-02
NOV 2 2 2002

JAMES D. RIDDET

RECEIVED
BUT NOT FILED

NOV 18 2002

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
BY _____ DEPUTY

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that defendant Jose Alonso Robles, Jr.,

SUPPLEMENTAL SENTENCING BRIEF ON BEHALF OF DEFENDANT  JOSE

ALONSO ROBLES, JR.-- FILED UNDER SEAL  be filed under seal.

Dated: *November 18* , 2002

UNITED STATES DISTRICT COURT

## PROOF OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is: 3 Imperial Promenade, Suite 750, Santa Ana, CA 92707.

On November 15, 2002, I served the foregoing document described as:

### MOTION FOR FILING UNDER SEAL

on interested parties in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

Lawrence Kole
Assistant United States Attorney
Central District of California
411 West Fourth Street
Santa Ana, CA 92701


\_\_\_\_    VIA FACSIMILE

\_\_\_\_    BY MAIL:   I deposited such envelope in the mail at Santa Ana, California.  The envelope was mailed with postage thereon fully prepaid.

\_\_\_\_    BY PERSONAL SERVICE:

I delivered such envelope by hand to the offices of the addressee.

Executed on November 15, 2002 at Santa Ana, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

PAMELA S. KRALICH