# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No. <u>SACR 01-99-AHS</u>　　　　　　　　　　　　Date: <u>December 9, 2002</u>

PRESENT:　<u>HONORABLE ALICEMARIE H. STOTLER,　JUDGE</u>

| <u>Ellen Matheson</u> | <u>Kathleen Haaland</u> | <u>Lawrence E. Kole</u> |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |
| <u>JOSE ALONSO ROBLES, JR.</u> | <u>James Riddet</u> | N/A |
| Defendant | Rtnd. Counsel | Interpreter |

PROCEEDINGS:　　SENTENCING AND JUDGMENT

<u>X</u>　Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.

____　Imprisonment for_____years/months on each of counts_____
　　　Count(s)_____concurrent/consecutive to count(s)_____

____　Fine of $_____ is imposed on each of count(s)_____Concurrent/Consecutive
　　　☐ Execution / Imposition of sentence as to imprisonment only suspended on count(s)_____

____　Confined in jail-type institution for_____ to be served on consecutive days/weekends commencing_____

____　_____years/months Supervised Release/Probation imposed on count(s)_____consecutive/concurrent to count(s
　　　_____under the usual terms & conditions (see back of Judgment/Commitment Order)
　　　and the following additional terms and conditions, under the direction of the Probation Office:
　　　____　Perform_____hours of community service.
　　　____　Serve_____in a CCC/CTC.
　　　____　Pay $_____ fine amounts & times determined by P/O.
　　　____　Make $_____restitution in amounts & times determined by P/O.
　　　____　Participate in a program for treatment of narcotic/alcohol addiction.
　　　____　Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision.
　　　　　　Comply with rules/regulations of INS, if deported not return to U.S.A. illegally and upon any reentry during
　　　　　　period of supervision report to the nearest P/O within 72 hours.
　　　____　OTHER CONDITIONS: _____

____　Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court
　　　FINDS the defendant does not have the ability to pay.

____　Pay $_____, per count, special assessment to the United States for a total of $_____

____　Imprisonment for _____months/years and for a study pursuant to 18 USC_____with results to be furnished
　　　to the Court within_____ days/months whereupon the sentence shall be subject to modification. This matter is set for
　　　further hearing on_____

<u>X</u>　Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

____　Defendant informed of right to appeal.

____　ORDER sentencing transcript for Sentencing Commission.　　____ Processed statement of reasons.

<u>X</u>　Bond exonerated <u>X</u> upon surrender and not before. Pretrial services conditions remain in effect.

<u>X</u>　Execution of sentence is stayed until 12 noon, on **March 7, 2002**, at which time the defendant shall surrender to the
　　designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal, Santa Ana.

____　Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

<u>X</u>　Filed and distributed judgment. Issd JS-3. ENTERED.

<u>X</u>　OTHER: <u>Court's tentative ruling issued to counsel before case called, a copy of which is filed separately UNDER SEAL.</u>

ENTER ON ICMS
DEC 11 2002

Deputy Clerk Initials _____

cc: USMO
　　USPO
　　PSA-SA
　　FISCAL

CR 90 (6/00)　　　　　CRIMINAL MINUTES - SENTENCING AND JUDGMENT

## United States District Court
## Central District of California

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA vs. | | Docket No. | SACR 01-99-AHS |
| Defendant | JOSE ALONSO ROBLES, JR. | Social Security No. | 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 |
| akas: | Jose Alonso Robles, Jose Alonso Robles-Fernandez | | |
| Residence Address | 23486 Los Adornos Laguna Hills, CA 92653 | Mailing Address | Same |

### JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| DEC. | 09 | 2002 |

**COUNSEL** [X] WITH COUNSEL    James Riddet
Rtnd.
(Name of Counsel)

**PLEA** [X] GUILTY, and the court being satisfied that there is a factual basis for the plea.  [ ] NOLO CONTENDRE  [ ] NOT GUILTY

**FINDING** There being a finding/verdict of [ ] GUILTY, defendant has been convicted as charged of the offense(s) of:
Possession of Child Pornography in violation of 18 USC §2252A(a)(5)(B) as charged in Count 2 of the 2-Count Indictment.

**JUDGMENT AND PROB/ COMM ORDER** The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of:

```
    Eighteen (18) Months on Count 2 of the 2-Count Indictment.

    IT IS ORDERED that the defendant shall pay to the United States a special
assessment of $100, which is due immediately to the Clerk of the Court.

    IT IS FURTHER ORDERED that pursuant to Section 5E1.2(e) of the Guidelines, all
fines are waived as it is found that the defendant does not have the ability to pay
a fine.

    IT IS FURTHER ORDERED that upon release from imprisonment, the defendant shall
be placed on supervised release for a term of three years under the following terms
and conditions:

    1.  The defendant shall comply with the rules and regulations of
        the U. S. Probation Office and General Orders 318 and 01-05;

    2.  The defendant shall participate in a psychological counseling
        or psychiatric treatment program, as approved and directed by
        the Probation Officer;

    3.  As directed by the Probation Officer, the defendant shall pay
        all or part of the costs of treating the defendant's
        psychiatric disorder to the aftercare contractor during the
        period of community supervision, pursuant to 18 USC 3672.  The
        defendant shall provide payment and proof of payment as
```

| USA vs. | Jose Alonso Robles, Jr. | Docket No.: | SACR01-99-AHS |
|---|---|---|---|

      directed by the Probation Officer;

4. During the period of community supervision the defendant shall pay the special assessment in accordance with this judgment;

5. The defendant shall comply with the rules and regulations of the Immigration and Naturalization Service (INS), and if deported from this country, either voluntarily or involuntarily, not reenter the United States illegally. The defendant is not required to report to the Probation Office while residing outside of the United States; however, within 72 hours of release from any custody or any reentry to the United States during the period of Court-ordered supervision, the defendant shall report for instructions to the United States Probation Office located at the United States Court House, 411 West Fourth Street, Suite 4170, Santa Ana, California 92701;

6. The defendant shall participate in a specialized sex offender treatment program that may include assessment and evaluation. The defendant shall pay the cost of services as determined by the Probation Officer;

7. The defendant shall register with the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, or is a student, as directed by the Probation Officer;

8. The defendant shall not possess any materials, including pictures, photographs, books, writings, drawings, videos, video games, or computer image files depicting and/or describing "sexually explicit conduct," as defined in 18 USC 2256(2) or within the discretion of the Probation Officer;

9. The shall not possess a computer with modem and software capabilities that enable him to access the Internet. Further, the defendant shall not have access to the Internet other than at his place of employment, and then only in furtherance of and relating to the defendant's employment. The defendant shall not have any additional access to the Internet through any other means. Defendant's computer, or any computer in his place of residence, shall be subject to search and seizure by his assigned U.S. Probation Officer or the U.S. Probation Officer's authorized technical designee;

10. The defendant may not directly or indirectly contact any minor child or be in the company of any minor child without supervision of a parent or legal guardian. The defendant shall not be employed by, affiliated with, or otherwise participate, directly or indirectly, in the conduct or affairs involving the guidance or care of minor children. In addition, the defendant may not loiter near school yards, playgrounds, swimming pools, arcades, or other places frequented by children, unless pre-approved by the Probation Officer;

11. The defendant shall not reside within 100 feet from school yards, parks, public swimming pools, playgrounds, youth

| USA vs. Jose Alonso Robles, Jr. | Docket No.: SACR01-99-AHS |
|---|---|

           centers, video arcade facilities or other places primarily used by children under 18 unless such residence is pre-approved by the Probation Officer;

12.    The defendant's employment and change of employment must be approved by the Probation Officer; and

13.    The defendant shall cooperate in the collection of a DNA sample from the defendant.

IT IS FURTHER ORDERED that the drug testing condition mandated by statute is suspended based on the Court's determination that the defendant poses a low risk of future substance abuse.

IT IS FURTHER ORDERED that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon on March 7, 2003.  In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at the United States Court House, 411 West Fourth Street, Santa Ana, California.

IT IS FURTHER ORDERED that the bond is exonerated upon surrender and not before, with pretrial services conditions to remain in effect.

IT IS FURTHER ORDERED that all remaining counts of the Indictment be DISMISSED.

IT IS RECOMMENDED that the Bureau of Prisons shall designate confinement of defendant to a community confinement center, or in the alternative, to a Federal prison camp in Southern California.

---

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

☐ This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

DEC 10 2002
Date

_Alicemarie H. Stotler, U. S. District Judge_

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

DEC 10 2002
Filed Date

By Ellen N. Matheson
Deputy Clerk

USA vs. __Jose Alonso Robles, Jr.__                                    Docket No.: __SACR01-99-AHS__

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall comply with the additional conditions on the attached page(s) pursuant to General Orders 318 and 01-05.

## STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence:
    Private victims (individual and corporate),
    Providers of compensation to private victims,
    The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.

## SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account. All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

| USA vs. Jose Alonso Robles, Jr. | Docket No.: SACR01-99-AHS |
|---|---|

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependants and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall not possess a firearm or other dangerous weapon;
16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

These conditions are in addition to any other conditions imposed by this judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____
Defendant noted on appeal on _____
Defendant released on _____
Mandate issued on _____
Defendant's appeal determined on _____
Defendant delivered on _____ to _____
at _____
the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By _____

| Date | Deputy Marshal |
|---|---|

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By Ellen N. Matheson

| Filed Date | Deputy Clerk |
|---|---|