AMENDED*
12/11/03

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No. <u>SACR 01-99-AHS</u>                     Date: <u>December 9, 2002</u>

PRESENT: <u>HONORABLE ALICEMARIE H. STOTLER, JUDGE</u>

| <u>Ellen Matheson</u> | <u>Kathleen Haaland</u> | <u>Lawrence E. Kole</u> |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |
| <u>JOSE ALONSO ROBLES, JR.</u> | <u>James Riddet</u> | <u>N/A</u> |
| Defendant | Rtnd. Counsel | Interpreter |

PROCEEDINGS:     SENTENCING AND JUDGMENT

__X__ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.

____ Imprisonment for_____years/months on each of counts_____
Count(s)_____concurrent/consecutive to count(s)_____

____ Fine of $_____ is imposed on each of count(s) _____ Concurrent/Consecutive

____ ☐ Execution / Imposition of sentence as to imprisonment only suspended on count(s)_____

____ Confined in jail-type institution for_____ to be served on consecutive days/weekends commencing_____

____ _____years/months Supervised Release/Probation imposed on count(s) _____ consecutive/concurrent to count(s)
_____ under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

   ____ Perform_____hours of community service.
   ____ Serve_____in a CCC/CTC.
   ____ Pay $_____ fine amounts & times determined by P/O.
   ____ Make $_____restitution in amounts & times determined by P/O.
   ____ Participate in a program for treatment of narcotic/alcohol addiction.
   ____ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of INS, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
   ____ OTHER CONDITIONS: _____

____ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court FINDS the defendant does not have the ability to pay.

____ Pay $_____, per count, special assessment to the United States for a total of $_____

____ Imprisonment for _____months/years and for a study pursuant to 18 USC _____with results to be furnished to the Court within_____ days/months whereupon the sentence shall be subject to modification. This matter is set for further hearing on_____

__X__ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

____ Defendant informed of right to appeal.

____ ORDER sentencing transcript for Sentencing Commission.     ____ Processed statement of reasons.

__X__ Bond exonerated __X__ upon surrender and not before. Pretrial services conditions remain in effect.

__X__ Execution of sentence is stayed until 12 noon, on *<u>March 7, 2003</u>*, at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal, Santa Ana.

____ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

__X__ Filed and distributed judgment. Issd JS-3. ENTERED.

__X__ OTHER: <u>Court's tentative ruling issued to counsel before case called, a copy of which is filed separately UNDER SEAL.</u>

cc: USMO
    USPO
    PSA-SA
    FISCAL

ENTER ON ICMS
DEC 1 3 2002

Deputy Clerk Initials _____

(53)

CR 90 (6/00)                CRIMINAL MINUTES - SENTENCING AND JUDGMENT